**Opinion issued April 16, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00265-CV

———————————

**SW SERVICE CENTER 1, L.P. AND SW SERVICE CENTER 2, L.P.,
Appellants**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2011-56200**

## MEMORANDUM OPINION

Appellants, SW Service Center 1, L.P. and SW Service Center 2, L.P., have

filed an unopposed motion to dismiss the appeal.  No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.